# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| This Document Relates to:<br><br>CAROLYN GARDNER,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE, LLC, BERLEX LABORATORIES INTERNATIONAL, INC., FIRST DATABANK, INC., CVS PHARMACY, INC., CVS CAREMARK, LLC, and MCKESSON CORPORATION, INC.,<br><br>Defendants. | 10-cv-20074-DRH-PMF |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court on the Stipulation of Dismissal Without Prejudice filed by Plaintiff and Defendants CVS Pharmacy, Inc., and CVS Caremark, LLC.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff's claims against Defendants CVS Pharmacy, Inc., and CVS Caremark, LLC, **only** are **DISMISSED without prejudice**.

IT IS SO ORDERED.

DATED:  02/19/2010

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge